## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**BELINDA TONEY and**
**M.G., her minor child,**

**PLAINTIFFS**

**v.**

**DOLLAR TREE, INC., and**
**DOLLAR TREE STORE No. 781,**

**DEFENDANTS**

**CA No. 1:21-cv-02026-YK**

**JURY TRIAL DEMANDED**

### ORDER

AND NOW, on this 1st day of March 2022, upon consideration of the Stipulated Agreement Between the Parties (Doc. No. 13), it is hereby ORDERED that Plaintiffs' request to voluntarily dismiss Count 2 of their Complaint is GRANTED.  Plaintiffs hereby voluntarily dismisses Count 2, alleging violation of Title II, against all Defendants. All other Counts alleged in the Complaint remain.

It is further ORDERED that the Complaint against "Dollar Tree, Inc., and Dollar Tree Store No. 781" be DISMISSED with prejudice and that "Dollar Tree Stores, Inc." be substituted in this action as the proper Defendant.

 s/ Yvette Kane_____
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania